APRIL 28, 2005

No. 04M73 (04A923). CENTOBIE v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Motion for leave to

proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.